# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| DONNIE WILBURN, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) Case No. CIV-11-116-JHP-KEW |
| EMMA WATTS, Warden, | ) |
| Respondent. | ) |

## OPINION AND ORDER

On May 27, 2014, the court directed petitioner to show cause by June 10, 2014, why the respondent's motion to dismiss this petition for a writ of habeas should not be granted. (Docket No. 19). Petitioner has not responded to the court's order, and the record shows he was released from custody on December 19, 2013. (Docket No. 18-2). The respondent's motion asserts petitioner's release renders his habeas corpus claim moot.

**ACCORDINGLY,** the respondent's motion to dismiss this petition for a writ of habeas corpus as moot (Docket No. 18) is GRANTED, and this action is, in all respects, DISMISSED.

**ORDERED** this 23rd day of July, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma